■ In the Matter of 410 PARK AVENUE CORPORATION, Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERBERT EAMES, Appellant.— Order unanimously affirmed. No opinion. Concur — Rabin, J. P., McNally, Stevens and Bastow, JJ.

■ GEORGE W. WARNECKE & CO., INC., Appellant, v. LOUIS J. GLICKMAN et al., Respondents.— Judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Bastow, JJ.

■ In the Matter of JOSEPH A. WILLIAMS, Appellant, against STEPHEN P. KENNEDY, as Police Commissioner of the City of New York, et al., Respondents. — Final order unanimously affirmed. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Bastow, JJ.

■ In the Matter of ARMANDO P. TEDALDI, Appellant, against STEPHEN P. KENNEDY, as Police Commissioner of the City of New York, et al., Respondents. — Final order unanimously affirmed. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES WHITE and QUSSIE LEWIS, Appellants.— Judgments unanimously affirmed. No opinion. Concur — Botein, P. J., Frank, McNally, Stevens and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISADORE HESS, Appellant.— Judgment so appealed from unanimously modified, upon the law and the facts, by reversing the conviction of the defendant as to the third count and by dismissing the said count, and as so modified, the said judgment is affirmed. (See *People* v. *Farone*, 308 N. Y. 305.) No opinion. Concur — Botein, P. J., Frank, McNally, Stevens and Bastow, JJ.

■ DOROTHY M. GAYNOR, as Administratrix of the Estate of ARTHUR GAYNOR, Deceased, Respondent, v. DIESEL CONSTRUCTION CO., INC., et al., Defendants and Third-Party Plaintiffs-Appellants. OTIS ELEVATOR CO. et al., Third-Party Defendants-Respondents.— Judgment so appealed from unanimously affirmed, with costs to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ ISADOR LUBIN, as Industrial Commissioner of the State of New York, Respondent, v. MOLLIE GREENBERG, Individually and as Executrix of ISADORE GREENBERG, Deceased, et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Bastow, JJ.

■ NATHAN ERLICH, INC., v. CHICAGO MERCANTILE EXCHANGE et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Frank and Bastow, JJ.

## (February 27, 1958)

■ HELEN BURKE, Respondent, v. EMIL HIRSCH, Doing Business as RAYMENTS CLEANERS & DYERS, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Frank, Valente, McNally and Stevens, JJ.

■ NEW AMSTERDAM CASUALTY COMPANY v. VERNON JUNE, JR., et al.— Motion to dismiss appeals granted, with $10 costs. Concur — Rabin, J. P., Frank, Valente, McNally and Stevens, JJ.